UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN A. GRIMALDI, D.O., INC.,<br><br>Plaintiff,<br><br>v.<br><br>WILLIAM RESTIS and JULIE RESTIS,<br><br>Defendants. | Case No.: 20-CV-691 JLS (BLM)<br><br>**ORDER (1) GRANTING TEMPORARY RESTRAINING ORDER, (2) SETTING BRIEFING SCHEDULE, AND (3) SETTING PRELIMINARY INJUNCTION HEARING**<br><br>(ECF No. 3) |

Presently before the Court is Plaintiff John A. Grimaldi, D.O., Inc.'s *Ex Parte* Application for Temporary Restraining Order and Order to Show Cause for Preliminary Injunction ("*Ex Parte* App.," ECF No. 3), by which Plaintiff seeks to restrain Defendants William Restis and Julie Restis from "using, disclosing, or otherwise making accessible to any person[] Protected Health Information and/or Personally Identifying Information [(as such is defined under the Health Information Portability and Accountability Act)] of Plaintiff's patients" that Defendants accessed from Plaintiff's Electronic Medical Records

///
///
///

1

System without authorization on or around February 20 and March 2, 2020.[1] *See* ECF No. 3 at 2; *see also* ECF No. 3-1 at 1–3, 8; ECF No. 3-2 ¶¶ 4–6, 12, 17–18; ECF No. 3-3 ¶¶ 3–14, 17, 19.

Having reviewed the materials submitted, the Court **GRANTS** Plaintiff's *Ex Parte* Application. Accordingly, Defendants are **TEMPORARILY RESTRAINED** from using, disclosing, or otherwise making accessible to any person Protected Health Information and/or Personally Identifying Information of Plaintiff's patients until after the Court holds a hearing as to whether a preliminary injunction should issue.[2] Defendants **SHALL FILE** an opposition to Plaintiff's *Ex Parte* Application on or before April 16, 2020, and Plaintiff **MAY FILE** a reply, if any, on or before April 20, 2020. The Parties **SHALL APPEAR TELEPHONICALLY** for a preliminary injunction hearing at 1:30 p.m. on April 23, 2020.

**IT IS SO ORDERED.**

Dated: April 10, 2020

Hon. Janis L. Sammartino
United States District Judge

---

[1] According to Plaintiff, Defendants "unlawfully access[ed] and extract[ed] highly sensitive, confidential, privileged, and protected medical patient records from Plaintiff's computers including, but not limited to: names, dates of birth, medical history, sexual history, home addresses, telephone numbers, demographic information, active medications, social security numbers, past and current diagnoses, and other highly sensitive information for more than 900 patients." ECF No. 3-1 at 1; *see also id.* at 1–3; ECF No. 3-2 ¶ 17; ECF No. 3-3 ¶¶ 10, 14.

[2] The Court recognizes that Plaintiff also has requested that Defendants be ordered "to return all copies of such information in their possession back to Plaintiff within (10) days," *see* ECF No. 3 at 2; *see also* ECF No. 3-1 at 8; however, because of the expedited briefing schedule set for the preliminary injunction hearing, the Court concludes that ordering the return of any confidential information in Defendants' possession is not necessary at this time.